IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Yusuf Brown, all Present and       :
Future Protective Control
Inmates,                           :

        Plaintiff,         :   Case No. 2:07-cv-0826

  v.                               :   JUDGE FROST

Terry Collins, Ohio                :
Department of Rehabilitation
and Corrections,                   :

        Defendant.         :

ORDER

    There have been no objections filed to the Report and Recommendation filed on February 15, 2008.  Therefore, the Report and Recommendation is ADOPTED.  Defendants' motion to dismiss (#7) is GRANTED.  Further, plaintiff's motion for an extension of time to file an amended complaint (#15) is GRANTED.  The amended complaint shall be filed within thirty days of the date of this order.

                                              /s/ Gregory L. Frost
                                              GREGORY L. FROST
                                              UNITED STATES DISTRICT JUDGE