IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Yusuf Brown, all Present and :
Future Protective Control
Inmates, :

        Plaintiff, : Case No. 2:07-cv-0826

  v. : JUDGE FROST

Terry Collins, Ohio :
Department of Rehabilitation
and Corrections, :

        Defendant. :

<u>ORDER</u>

    This matter is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on August 25, 2008. Although counsel for the defendant obtained several extensions of time to object to the Report and Recommendation, the most recent deadline for filing objections has passed, and no objections have been filed. Therefore, the Court adopts the Report and Recommendation (#27). The defendant's motion to dismiss (#19) is granted in part and denied in part consistent with the Report and Recommendation. All claims other than the "failure to protect" claim are dismissed.

                        /s/ Gregory L. Frost
                        GREGORY L. FROST
                        UNITED STATES DISTRICT JUDGE